IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFF E. WILSON,

   Appellant,

v.

MICHELLE POPPA,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5092

Opinion filed July 11, 2016.

An appeal from an order of the Circuit Court for Okaloosa County.
Mary Polson, Judge.

Jeff E. Wilson, pro se, Appellant.

Stephen J. Ryan, Ft. Walton Beach, for Appellee (no appearance).

PER CURIAM.

   DISMISSED.  See Fla. R. App. P. 9.110(b).

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.